# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 NORTH HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900

Stephen J. DeFeo, Esq.
sdefeo@brownconnery.com

December 12, 2025

OUR FILE NO.: 25-2068

**Via ECF**
Honorable Susan D. Wigenton, U.S.D.J.
Martin Luther King Building
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re: Matthew J. Platkin, Attorney General of the State of New Jersey, et al. v. Sig Sauer, Inc.
Case No. 2:25-cv-17797-SDW-JSA**

Dear Judge Wigenton:

    This office represents Defendant, Sig Sauer, Inc. in the above-referenced matter. Having conferred with counsel for Plaintiffs, enclosed hereto please find a Joint Stipulation and Consent Order concerning proposed filing deadlines for Plaintiffs' Amended Complaint, Defendant's Motion to Dismiss, and Plaintiffs' Motion to Remand in this matter.

    We thank Your Honor for her attention to this matter. Should Your Honor have any questions, please do not hesitate our office.

                                                    Respectfully submitted,

                                                    **BROWN & CONNERY, LLP**
                                                    *Attorneys for Sig Sauer, Inc.*

                                                   *s/ Stephen J. DeFeo*
                                                   Stephen J. DeFeo

SJD/amh
Enclosures
    cc:      All counsel of record *(via ECF)*