# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| JENNIFER DAVENPORT, Acting Attorney General of the STATE OF NEW JERSEY, and JEREMY E. HOLLANDER, Acting Director of the New Jersey Division of Consumer Affairs,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SIG SAUER, INC.,<br><br>    Defendant. | Case No.: 2:25-cv-17797-SDW-JSA<br><br>**STIPULATION AND CONSENT ORDER CONCERNING PLAINTIFFS' MOTION TO REMAND** |

**WHEREAS**, on November 20, 2025, Defendant removed this matter to this Court from the Superior Court of New Jersey, Chancery Division, Essex County;

**WHEREAS** the parties, through counsel, met and conferred as to the filing of an Amended Complaint, Defendant's Motion to Dismiss, and Plaintiffs' Motion to Remand the case to State Court;

**WHEREAS**, the parties submitted a Stipulation and Consent Order as to the scheduling of certain matters and to allow for the efficient filing of pleadings and motions anticipated by the parties;

**WHEREAS**, the Court, on December 15, 2025 executed the Stipulation and Consent Order, *see* ECF No. 7;

**WHEREAS**, pursuant to the Stipulation and Consent Order, *see* ECF No. 7, Plaintiffs filed their Motion to Remand the case to State Court on January 23, 2026, *see* ECF No. 9;

**WHEREAS** the parties, through counsel, have met and conferred as to the filing of Defendant's Opposition to Plaintiffs' Motion to Remand the case to State Court and Plaintiffs' Reply in Further Support Thereof;

**WHEREAS**, the parties agree that it is in the interests of the Court, the parties, and judicial economy for the Court to enter this Stipulation and Consent Order as to the scheduling of certain matters and to allow for the efficient filing of pleadings and motions anticipated by the parties;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, and subject to this Court's approval:

1. Defendants' Opposition to Plaintiffs' Motion to Remand shall be filed on or before **February 23, 2026** (instead of the previously stipulated February 17, 2026, *see* ECF No. 7);

2. Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Remand shall be filed on or before **March 9, 2026** (instead of the previously stipulated February 23, 2026, *see* ECF No. 7);

3. The Motion Date shall be **March 16, 2026** (instead of the previously scheduled March 2, 2026, *see* ECF No. 7).

Dated: February 9, 2026

| | |
|---|---|
| **JENNIFER DAVENPORT, ACTING ATTORNEY GENERAL OF NEW JERSEY** | **BROWN & CONNERY, LLP** |
| By: */s/ David E. Leit* <br> David E. Leit <br> *Assistant Attorney General* <br> Jonathan B. Mangel <br> Amanda McElfresh <br> Lucy I. Sprague <br> Elizabeth Walsh | By: */s/ Stephen J. DeFeo* <br> Stephen J. DeFeo <br> 360 Haddon Avenue <br> Westmont, NJ 08108 <br> Tel: (856) 854-8900 <br> sdefeog@brownconnery.com |

<div style="display: flex;">

*Deputy Attorneys General*
**New Jersey Office of the Attorney General**
Division of Law
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
David.Leit@law.njoag.gov
Jonathan.Mangel@law.njoag.gov
Amanda.McElfresh@law.njoag.gov
Lucy.Sprague@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

*Counsel for Plaintiffs*

</div>

**Eric G. Lasker** (*Pro Hac Vice Forthcoming*)
**Robert E. Johnston** (*Pro Hac Vice Forthcoming*)
**Brett F. Clements** (ID No. 068702013)
**Hollingsworth LLP**
1350 Street NW
**Washington, DC 20005**
**P: (202) 898-5800**
**F: (202) 682-1639**
elasker@hollingsworthllp.com
rjohnston@hollingsworthllp.com
bclements@hollingsworthllp.com

*Counsel for Defendant*

**IT IS SO ORDERED**

DATED: _____, 2026

_____
The Honorable Susan D. Wigenton
United States District Judge