# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 NORTH HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900

Stephen J. DeFeo, Esq.
sdefeo@brownconnery.com

February 24, 2026

OUR FILE NO.: 25-2068

**Via ECF**
Honorable Jessica S. Allen, U.S.M.J.
Martin Luther King Building
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

     **Re:  Jennifer Davenport, Acting Attorney General of the State of New Jersey, et al. v. Sig Sauer, Inc.**
          **Case No. 2:25-cv-17797-SDW-JSA**

Dear Magistrate Judge Allen:

     We, along with Hollingsworth LLP, represent Defendant, Sig Sauer Inc. ("Sig Sauer"), in the above-referenced matter. With the consent of counsel for Plaintiffs, we write pursuant to Your Honor's judicial preferences for an Order granting the *pro hac vice* admission of Robert E. Johnston of the law firm of Hollingsworth LLP. We enclose Declarations of Stephen J. DeFeo and Robert E. Johnston along with a proposed form of order.

     Assuming Sig Sauer's application is acceptable, Sig Sauer respectfully requests the Court enter the Order granting the *pro hac vice* admission of Robert E. Johnston on the docket. Thank you.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for Defendant, Sig Sauer Inc.*

*/s/ Stephen J. DeFeo*
Stephen J. DeFeo

SJD/amh
Enclosures
cc:    All counsel of record *(via ECF)*
       Eric Lasker, Esq.
       Robert E. Johnston, Esq.