**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**JENNIFER DAVENPORT, Acting Attorney General of the STATE OF NEW JERSEY, and JEREMY HOLLANDER, Acting Director of the New Jersey Division of Consumer Affairs,**

        **Plaintiffs,**

**v.**

**SIG SAUER, INC.,**

        **Defendant.**

Civil Action No. 25-17797 (SDW) (JSA)

**REPORT & RECOMMENDATION**

---

**THIS MATTER** having come before the Court on July 27, 2026, for oral argument on Plaintiffs' motion to remand this case to the Superior Court of New Jersey (*see* ECF Nos. 9, 30, 32); and Defendant having opposed the motion (*see* ECF No. 22, 31, 35); and the Court having considered the papers submitted in support of and in opposition to the motion and having heard the arguments of counsel; and for the reasons set forth on the record on July 27, 2026, which are incorporated herein at length; and for good cause shown;

**IT IS** on this 27th day of July 2026,

**RESPECTFULLY RECOMMENDED** that Plaintiff's motion to remand this case to the Superior Court of New Jersey, (ECF No. 9), be **GRANTED**. The parties are advised that, pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(2), and L. Civ. R. 72.1(c)(2), they have fourteen (14) days to serve and file any specific written objections to the Honorable Susan D. Wigenton, U.S.D.J.; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** the motion to remand pending at Docket Entry Number 9 and activate this Report and Recommendation for the District Court's

review.

**s/Jessica S. Allen**
**Hon. Jessica S. Allen**
**United States Magistrate Judge**

cc:    Hon. Susan D. Wigenton, U.S.D.J.